ORIGINAL

```
                                                    FILED
                                                    Clerk
                                                    District Court

                                                    MAY 24 2006

                                                    For The Northern Mariana Islands
                                                    By_____
                                                           (Deputy Clerk)
```

MANGLONA_M.sat

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                        )<br>                   Plaintiff,           )<br>                                        )<br>        vs.                             )<br>                                        )<br>MARCIAN C. MANGLONA,                    )<br>                                        )<br>                   Defendant.          )<br>_____) | CIVIL CASE NO. 99-0040<br><br><br>**SATISFACTION OF JUDGMENT** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Satisfaction of the judgment obtained herein is acknowledged, and you are instructed to enter a Satisfaction of Judgment. An Abstract of Judgment was entered by the Commonwealth Recorder, Saipan, MP, on **February 16, 2000**, as File number **00-390**.

I declare under the penalty of perjury that the foregoing is true and correct.

DATED this 9th day of May, 2006.

```
                              LEONARDO M. RAPADAS
                              United States Attorney
                              Districts of Guam and the NMI


                        By:   _____
                              MARIVIC P. DAVID
                              Assistant U.S. Attorney
```