ORIGINAL

F I L E D
Clerk
District Court

MAY 24 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  MANGLONA_C.sat

2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam  96910-5059
   TEL: (671) 472-7332
6  FAX: (671) 472-7215

7  Attorneys for the United States of America

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN MARIANA ISLANDS

10 UNITED STATES OF AMERICA,      )
                                  )   CIVIL CASE NO. 99-0040
11         Plaintiff,             )
                                  )
12      vs.                       )
                                  )   **SATISFACTION OF JUDGMENT**
13 CARNIA M. MANGLONA,            )
                                  )
14         Defendant.             )
   _____)

15 TO THE CLERK OF THE ABOVE-ENTITLED COURT:

        Satisfaction of the judgment obtained herein is acknowledged, and you are instructed to enter a Satisfaction of Judgment. An Abstract of Judgment was entered by the Commonwealth Recorder, Saipan, MP, on **February 16, 2000**, as File number **00-391.**

        I declare under the penalty of perjury that the foregoing is true and correct.

        DATED this  9th  day of May, 2006.

                                    LEONARDO M. RAPADAS
                                    United States Attorney
                                    Districts of Guam and the NMI

                            By:     _____
                                    MARIVIC P. DAVID
                                    Assistant U.S. Attorney